B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS WACO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hapenney, Bette Babette** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Token Exhange** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**xxx-xx-1737** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**563 Idlewood Drive**<br>**Waco, TX**<br><br>ZIP CODE **76705** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**McLennan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**563 Idlewood Drive**<br>**Waco, TX**<br><br>ZIP CODE **76705** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Bette Babette Hapenney** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor:<br>**Token Exchange, Inc.** | Case Number: | Date Filed:<br>**4/27/2009** |
|---|---|---|
| District:<br>**Western District, Waco Div.** | Relationship:<br>**Affiliate** | Judge:<br>**Monroe** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                                    Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.37.1, ID 3105211611)*

B1 (Official Form 1) (1/08)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Bette Babette Hapenney**

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Bette Babette Hapenney

    **Bette Babette Hapenney**

**X** _____

_____
Telephone Number (If not represented by attorney)

**04/27/2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Erin B. Shank

    **Erin B. Shank**      Bar No. **01572900**

**Erin B. Shank, P.C.**
**1902 Austin Avenue**
**Waco, Texas 76701**

Phone No.**(254) 296-1161**    Fax No.**(254) 296-1165**

04/27/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:   **Bette Babette Hapenney**                                  Case No. _____

                                                                                         (if known)

              Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/08)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:   **Bette Babette Hapenney**                                Case No. _____
                                                                                  (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Bette Babette Hapenney**_____
                                  Bette Babette Hapenney

Date:    **04/27/2009**_____

B6A (Official Form 6A) (12/07)

In re  **Bette Babette Hapenney**                              Case No. _____

                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 563 Idlewood Drive, Waco, TX 76705 | fee simple | - | $150,201.00 | $131,161.01 |
| | | Total: | $150,201.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Bette Babette Hapenney**                                    Case No. _____
                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | - | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | USAA Checking - Ms. Hapenney has been blocked out of this account because she owes this creditor money | - | $1.00 |
| | | USAA Savings- Ms. Hapenney has been blocked out of this account because she owes this creditor money. | - | $1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Couch x1 | - | $100.00 |
| | | Loveseat x3 | - | $175.00 |
| | | Chair x1 | - | $25.00 |
| | | End tables x1 | - | $15.00 |
| | | Coffee or sofa tables x2 | - | $50.00 |
| | | Lamps x6 | - | $50.00 |
| | | Bookcases x2 | - | $20.00 |
| | | Ottoman x1 | - | $20.00 |
| | | Stereo x1 | - | $20.00 |
| | | TV x1 | - | $25.00 |
| | | Entertainment Center x1 | - | $75.00 |
| | | Computer x8 | - | $600.00 |

04/27/2009 05:21:26pm

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bette Babette Hapenney**

Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Computer desk/desk x6 | - | $200.00 |
| | | Kitchen/dining table sets x1 | - | $75.00 |
| | | Microwave x2 | - | $100.00 |
| | | Small appliances | - | $50.00 |
| | | Stove x1 | - | $50.00 |
| | | Refrigerator x1 | - | $75.00 |
| | | Washer and Dryer x1 | - | $100.00 |
| | | Queen size bed x1 | - | $100.00 |
| | | Full size bed x1 | - | $25.00 |
| | | Twin size bed x1 | - | $15.00 |
| | | Bedside tables x1 | - | $40.00 |
| | | Dressers x1 | - | $75.00 |
| | | Chest of drawers x1 | - | $75.00 |
| | | Dishes, pots, pans, glassware etc | - | $50.00 |
| | | Curtains, linens, and towels | - | $50.00 |
| | | Window air conditioners | - | $50.00 |
| | | Fans x2 | - | $20.00 |
| | | Tools and toolboxes | - | $275.00 |
| | | Power tools | - | $150.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Garden tools | - | $50.00 |
| | | Blower x1 | - | $35.00 |
| | | Air compressor | - | $20.00 |
| | | Folding tables and chairs | - | $70.00 |
| | | Cell phones, pagers, and accessories | - | $50.00 |
| | | PDA, Palm pilot, etc | - | $20.00 |
| | | Grill and accessories | - | $200.00 |
| | | Shelves | - | $250.00 |
| | | Iron and ironing board | - | $5.00 |
| | | Vacuum cleaner | - | $10.00 |
| | | Carpet cleaner | - | $20.00 |
| | | Sewing machine | - | $30.00 |
| | | Hall tree | - | $5.00 |
| | | Christmas tree and decorations | - | $20.00 |
| | | Other holiday decorations | - | $25.00 |
| | | Bar and stools | - | $50.00 |
| | | Toys | - | $30.00 |
| | | Piano | - | $50.00 |
| | | Safe x1 | - | $75.00 |

04/27/2009 05:21:27pm

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 35mm Camera x1 | - | $15.00 |
| | | Digital camera x2 | - | $75.00 |
| | | Arts and crafts supplies | - | $2,500.00 |
| | | Sewing supplies | - | $10.00 |
| | | Board games, card games, etc | - | $20.00 |
| | | Guitar x2 | - | $50.00 |
| | | Drums x1 | - | $25.00 |
| | | Sound systems | - | $30.00 |
| | | China | - | $100.00 |
| | | Crystal | - | $35.00 |
| | | Jewelry boxes x3 | - | $25.00 |
| | | Desk chairs x6 | - | $60.00 |
| | | File cabinet x3 | - | $35.00 |
| | | Printer x5 | - | $150.00 |
| | | Copier x5 | - | $150.00 |
| | | Clocks x3 | - | $25.00 |
| | | Portable dishwasher | - | $25.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Pictures, paintings, and wall decorations | - | $50.00 |
| | | Books | - | $20.00 |
| | | DVDs | - | $50.00 |
| | | Mirrors | - | $20.00 |
| | | Knick knacks | - | $50.00 |
| | | Software | - | $25.00 |
| | | Vases, flower pots, etc. | - | $20.00 |
| | | Candles and candle holders | - | $10.00 |
| 6. Wearing apparel. | | Clothing | - | $50.00 |
| | | Shoes | - | $50.00 |
| | | Accessories | - | $50.00 |
| 7. Furs and jewelry. | | Mink short jacket | - | $25.00 |
| | | Necklaces x5 | - | $50.00 |
| | | Bracelets | - | $20.00 |
| | | Earrings | - | $50.00 |
| | | Miscellaneous costume jewelry | - | $15.00 |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | | Basketball goal | - | $25.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bikes | - | $30.00 |
| | | Scooters | - | $10.00 |
| | | Life jackets | - | $10.00 |
| | | Air mattresses/cots | - | $10.00 |
| | | Water skis/snow skis | - | $25.00 |
| | | Golf clubs, bags, and balls | - | $50.00 |
| | | Basketball/baseball/football | - | $20.00 |
| | | Trampoline | - | $75.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 80% of the stock of Token Exchange, Inc. - filed a chapter 7 bankruptcy case simultaneously with this case. | - | $1.00 |
| | | Ms. Hapenny owns a portion of 30% of the stock in Expert Solutions, Inc. which formerly operated three Sylvan learning centers in Central Texas.  All of the assets of this coporation were sold to a non-related purchaser in 2005. | - | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                                  Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Dodge Durango | - | $2,000.00 |
| | | Ms. Hapenney purchasd a 1972 VW Bus but has not had the title transferred into her name. | - | $100.00 |
| 26. Boats, motors, and accessories. | | 1991 Malibu Ski Boat (gutted, no seats, engine not running) | - | $1,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | six computers (including accessories), shelves and chairs | - | $600.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                              Case No. _____

                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Male Akita dog | - | $10.00 |
| | | Female Akita dog | - | $10.00 |
| | | Akita mixed-breed dog | - | $1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | 6 X10  trailer | - | $400.00 |

_____8_____ continuation sheets attached                                    **Total >**    | **$12,130.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Bette Babette Hapenney**                          Case No. _____

                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875.

☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 563 Idlewood Drive, Waco, TX 76705 | 11 U.S.C. § 522(d)(1) | $19,039.99 | $150,201.00 |
| Cash on hand | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| USAA Checking - Ms. Hapenney has been blocked out of this account because she owes this creditor money | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| USAA Savings- Ms. Hapenney has been blocked out of this account because she owes this creditor money. | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| Couch x1 | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Loveseat x3 | 11 U.S.C. § 522(d)(3) | $175.00 | $175.00 |
| Chair x1 | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| End tables x1 | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| Coffee or sofa tables x2 | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Lamps x6 | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Bookcases x2 | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Ottoman x1 | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Stereo x1 | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| | | $19,616.99 | $150,778.00 |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Bette Babette Hapenney**

Case No. _____

(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| TV x1 | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Entertainment Center x1 | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Computer x8 | 11 U.S.C. § 522(d)(3) | $600.00 | $600.00 |
| Computer desk/desk x6 | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Kitchen/dining table sets x1 | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Microwave x2 | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Small appliances | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Stove x1 | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Refrigerator x1 | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Washer and Dryer x1 | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Queen size bed x1 | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Full size bed x1 | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Twin size bed x1 | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| Bedside tables x1 | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Dressers x1 | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Chest of drawers x1 | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Dishes, pots, pans, glassware etc | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Curtains, linens, and towels | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Window air conditioners | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| | | **$21,446.99** | **$152,608.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                        Case No. _____

                                                                       (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Fans x2 | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Tools and toolboxes | 11 U.S.C. § 522(d)(3) | $275.00 | $275.00 |
| Power tools | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Garden tools | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Blower x1 | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| Air compressor | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Folding tables and chairs | 11 U.S.C. § 522(d)(3) | $70.00 | $70.00 |
| Cell phones, pagers, and accessories | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| PDA, Palm pilot, etc | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Grill and accessories | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Shelves | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Iron and ironing board | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| Vacuum cleaner | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Carpet cleaner | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Sewing machine | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| Hall tree | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| Christmas tree and decorations | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Other holiday decorations | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Bar and stools | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| | | **$22,751.99** | **$153,913.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                         Case No. _____

(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Toys | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| Piano | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Safe x1 | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 35mm Camera x1 | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| Digital camera x2 | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Arts and crafts supplies | 11 U.S.C. § 522(d)(3) | $2,500.00 | $2,500.00 |
| Sewing supplies | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Board games, card games, etc | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Guitar x2 | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Drums x1 | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Sound systems | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| China | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Crystal | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| Jewelry boxes x3 | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Desk chairs x6 | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| File cabinet x3 | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| Printer x5 | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Copier x5 | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Clocks x3 | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| | | **$26,211.99** | **$157,373.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re **Bette Babette Hapenney**
Case No. _____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Portable dishwasher | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Pictures, paintings, and wall decorations | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Books | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| DVDs | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Mirrors | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Knick knacks | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Software | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Vases, flower pots, etc. | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Candles and candle holders | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Shoes | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Accessories | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Mink short jacket | 11 U.S.C. § 522(d)(4) | $25.00 | $25.00 |
| Necklaces x5 | 11 U.S.C. § 522(d)(4) | $50.00 | $50.00 |
| Bracelets | 11 U.S.C. § 522(d)(4) | $20.00 | $20.00 |
| Earrings | 11 U.S.C. § 522(d)(4) | $50.00 | $50.00 |
| Miscellaneous costume jewelry | 11 U.S.C. § 522(d)(4) | $15.00 | $15.00 |
| Basketball goal | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Bikes | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| | | $26,846.99 | $158,008.00 |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Bette Babette Hapenney**                                        Case No. _____

                                                                                    (If known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Scooters | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Life jackets | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Air mattresses/cots | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Water skis/snow skis | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Golf clubs, bags, and balls | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Basketball/baseball/football | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Trampoline | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 1998 Dodge Durango | 11 U.S.C. § 522(d)(2) | $2,000.00 | $2,000.00 |
| Ms. Hapenney purchasd a 1972 VW Bus but has not had the title transferred into her name. | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| 1991 Malibu Ski Boat (gutted, no seats, engine not running) | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| six computers (including accessories), shelves and chairs | 11 U.S.C. § 522(d)(6) | $600.00 | $600.00 |
| Male Akita dog | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Female Akita dog | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Akita mixed-breed dog | 11 U.S.C. § 522(d)(3) | $1.00 | $1.00 |
| 6 X10  trailer | 11 U.S.C. § 522(d)(5) | $400.00 | $400.00 |
| | | **$31,167.99** | **$162,329.00** |

B6D (Official Form 6D) (12/07)

In re **Bette Babette Hapenney**                                   Case No. _____

                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5213**<br><br>**PHH**<br>**4001 Leadenhall Rd**<br>**Mt. Laurel, NJ 08054** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**563 Idlewood Drive, Waco, TX 76705**<br>REMARKS:<br><br><br>VALUE:                     **$150,201.00** | | | | **$131,161.01** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$131,161.01** | **$0.00** |
| | | | Total (Use only on last page) > | | | | **$131,161.01** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Bette Babette Hapenney**                                    Case No. _____

                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Bette Babette Hapenney**                    Case No. _____
                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx-xxx941-6**<br>**A.F. Buddy Skeen, RTA, CTA**<br>**McLennan County Tax Assessor**<br>**P.O.Box 406**<br>**Waco, Texas  76703** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx5559**<br>**A.G. Industries, Inc.**<br>**P.O. Box 455**<br>**Preston, WA 98050** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 2953**<br>**Advanta Bank Corp**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Aes/mru Funding Spv**<br>**Po Box 2461**<br>**Harrisburg, PA 17105** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**From credit report** | | | | **Notice Only** |
| ACCT #:<br>**Afni, Inc.**<br>**Po Box 3097**<br>**Bloomington, IL 61702** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**From credit report** | | | | **Notice Only** |
| ACCT #:  **x-xxxx-xxx9891**<br>**Allied Waste Services**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Subtotal >           $0.00

Total >

___27___ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bette Babette Hapenney**                                              Case No. _____

                                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Am-tex Plastics**<br>**4510 Old Mexia Road**<br>**Waco, TX 76705** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 7169**<br>**American Coradius International LLC**<br>**PO Box 505**<br>**Linden, MI 48451** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**American Express**<br>**c/o Becket and Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**From credit report** | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxx8 004**<br>**American Express**<br>**P.O. Box 6504448**<br>**Dallas, TX 75265** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 6498**<br>**Arrow Financial Service**<br>**21031 Network Place**<br>**Chicago, IL 60678** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxx8 004**<br>**ARSI**<br>**Legal Department**<br>**555 St. Charles Drive**<br>**Suite 100**<br>**Thousand Oaks, CA 91360** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**27**____ continuation sheets attached to                                **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                              **Total >**
                                                                               **(Use only on last page of the completed Schedule F.)**
                                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**                    Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx xxx-xxxx 152 9**<br>**AT&T**<br>**PO Box 650516**<br>**Dallas, TX 75265-0516** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxx0660**<br>**AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xx0394**<br>**Aurora World, Inc.**<br>**8820 Mercury Lane**<br>**Pico Rivera, CA 90660** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **x1070**<br>**Austin-Abbott, Inc.**<br>**P.O. Box 1253**<br>**Highland Park, NJ 08904** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxx xxxxange**<br>**Baker's Filter Service**<br>**P.O. Box 7680**<br>**Waco, TX 76714** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx xxxxx xx19 98**<br>**Bank of America**<br>**PO Box 17054**<br>**Wilmington, DE 19884** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS:<br>**Consolidated debt** | | | | **$34,678.50** |

Sheet no. ___**2**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >        **$34,678.50**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

04/27/2009 05:21:32pm

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                      Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Bank of America** | | | **Creditors Interchange 80 Holtz Drive Buffalo, NY 14225** | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 2412** <br> **Bank of America Commercial Credit Division PO Box 15710 Wilmington, DE 19886-5710** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 9298** <br> **Bank of America Commercial Credit Division PO Box 15710 Wilmington, DE 19886-5710** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Benjamin & Williams Credit Investigators 5485 Expressway Drive North Holtsville, NY 11742** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx2450** <br> **Bill Me Later P.O. Box 2394 Omaha, NE 68103-2394** | X | - | DATE INCURRED: CONSIDERATION: **Services** REMARKS: **Hotel and air fare to Baltimore for Token** | | | | **$826.53** |
| **Representing: Bill Me Later** | | | **American Coradius International LLC 2420 Sweet Home Rd. Suite 150 Amherst, NY 14228-2244** | | | | **Notice Only** |

Sheet no. ____**3**____ of ____**27**____ continuation sheets attached to                                      Subtotal >            **$826.53**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                                       **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 7169**<br>**Bill Me Later**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Boley**<br>**14011 12th Street**<br>**Chino, CA 91710** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x8490**<br>**Bonnie Bell**<br>**Attn: Accounts Receivable**<br>**18519 Detroit Avenue**<br>**Lakewood, OH 44107** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx-0000**<br>**Bushnell-Tasco**<br>**Dept. 1551**<br>**135 Lasalle St.**<br>**Chicago, IL 60674-1551** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xOKO1**<br>**Cameleon Distribution**<br>**227 Grant Street**<br>**Santa Cruz, CA 95060** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Can You Imagine**<br>**9314 Eton Ave.**<br>**Chatsworth, CA 91311** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**4**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$0.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 6304**<br>**Capital Management Services, LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Capital Recovery Corporation**<br>**P.O. Box 1008**<br>**Alpharette, GA 3009** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CCC of NY**<br>**P.O. Box 288**<br>**Tonawanda, NY 14150** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Celtic Capital Corporation**<br>**2951 28th Street, Suite 2030**<br>**Santa Monica, CA 90405** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Chase**<br>**P.O. Box 78039**<br>**Phoenix, AZ 85062** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Chase**<br>**PO Box 4661**<br>**Houston, TX 77210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**5**_____ of _____**27**_____ continuation sheets attached to                                    **Subtotal >** | **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx xxxx xxxx 4144** <br><br>**Chase Bank**<br>**P.O. Box 94014**<br>**Palatine, IL  60094-4014** | X | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Inventory for business, utility bills, mortgage, fuel** | | | | **$13,897.29** |
| **Representing:**<br>**Chase Bank** | | | **Frederick J. Hanna & Associates, P.C.**<br>**1427 Roswell Rd.**<br>**Marietta, GA 30062** | | | | **Notice Only** |
| ACCT #:<br><br>**Chase Bank Usa, Na**<br>**Attention:  Banktruptcy Department**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**From credit report; different name** | | | | **Notice Only** |
| ACCT #: **xxxx xxxx xxxx 6304**<br>**Chase Credit Card**<br>**PO Box 94014**<br>**Palatine, IL 60094** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx xxxx xxxx 9541**<br>**Chase Credit Card**<br>**PO Box 94014**<br>**Palatine, IL 60094** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx xxxx xxxx 3166**<br>**Client Services, Inc.**<br>**34851 Harry Truman Blvd.**<br>**St. Charles, MO  63301** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____6____ of ____27____ continuation sheets attached to        **Subtotal >**        **$13,897.29**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**

Case No. _____
                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Coface Collections**<br>**P.O. Box 8510**<br>**Metaire, LA 70011** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Coface Collections North America, Inc.**<br>**50 Millstone Road**<br>**Building 100-Suite 360**<br>**East Windsor, NJ 08520** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Connally ISD**<br>**c/o McCreary, Veselka, Bragg, & Allen**<br>**PO Box 1669**<br>**Waco, TX 76703-1669** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx0042**<br>**CoopSport**<br>**1335 Park Center Drive**<br>**Suite B**<br>**Vista, CA 92081** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CPP International, LLC**<br>**P.O. Box 60806**<br>**Charlotte, NC 28260-0806** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CR Systems**<br>**P.O. Box 75338**<br>**Phoenix, AZ 85087** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____7____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                        $0.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**                Case No. _____
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**CST, Inc.**<br>**P.O. Box 224768**<br>**Dallas, TX 75222** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Dan & Sandy Hapenney**<br>**577 Idlewood**<br>**Waco, TX 76705** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$30,000.00** |
| ACCT #:<br>**Decor Craft, Inc.**<br>**230 5th Ave.**<br>**Suite 309**<br>**New York, NY 10010** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx9959**<br>**Deltacom**<br>**PO Box 740597**<br>**Atlanta, GA 30374-0597** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Denison & Grisham**<br>**407 Lake Air Drive**<br>**Waco, TX 76710** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxx5518**<br>**DHL Express (USA) Inc.**<br>**P.O. Box 840006**<br>**Dallas, TX 75284-0006** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____8____ of ____27____ continuation sheets attached to                    **Subtotal >**        **$30,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**From credit report; different name** | | | | **Notice Only** |
| ACCT #: **xxxx xxxx xxxx 6362**<br>**Discover Financial Services**<br>**P.O. Box 15316**<br>**Wilmington, DE 19850** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Inventory for business, utility bills, mortgage, fuel** | | | | **$12,044.13** |
| ACCT #: **2368**<br>**Dorcy International, Inc.**<br>**Dept. L-2575**<br>**Columbus, OH 43260-2575** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Englander Container & Display**<br>**P.O. Box 22067**<br>**Waco, TX 76702-2067** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Equifax**<br>**P.O. Box 740241**<br>**Atlanta, GA 30374** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Experian**<br>**Profile Maintenance**<br>**P.O. Box 9558**<br>**Allen, TX 75013** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____9____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$12,044.13**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**        Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Fascinations Toys and Gifts, Inc.**<br>**19224 Des Moines Way So.**<br>**Suite 100**<br>**Seattle, WA 98148** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-x871-8**<br>**Federal Express**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-x914-1**<br>**FedEx Trade Networks**<br>**P.O. Box 660481**<br>**Dallas, TX 75266-0481** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Flipo Group, Ltd.**<br>**613 1st St.**<br>**LaSalle, IL 61301** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Freedman & Price**<br>**Attorneys at Law**<br>**105 West 8th Street**<br>**Austin, TX 78701** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx4601**<br>**Fun Express**<br>**P.O. Box 790403**<br>**St. Louis, MO 63179-0403** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**10**____ of ____**27**____ continuation sheets attached to       **Subtotal >**       **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bette Babette Hapenney**                                       Case No. _____
                                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xOKEN**<br>**Fundex Games, Ltd.**<br>**P.O. Box 95169**<br>**Paletine, IL 60095-0169** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Funtastic**<br>**c/o Michael G Null**<br>**20208 W Highway 71**<br>**Spicewood, TX 78669-6461** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx6330**<br>**Funtastic Toys**<br>**2301 Minimax Street**<br>**Houston, TX 77008-5009** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **6319**<br>**Gayla Industries, Inc.**<br>**P.O. Box 920800**<br>**Houston, TX 77292-0800** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**General Auditing Bureau**<br>**P.O. Box 9658**<br>**Minneapolis, MN 55440** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Getagadget, Inc.**<br>**2101 E. Saint Elmo Road**<br>**Suite 347**<br>**Austin, TX 78744** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____11____ of ____27____ continuation sheets attached to                                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                  **Total >**
                                                          **(Use only on last page of the completed Schedule F.)**
                                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bette Babette Hapenney**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxOKEN**<br>**Glow Industries, Inc.**<br>**12962 Eckel Junction Road**<br>**Perrysburg, OH 43551** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **7386**<br>**Good Gifts, Inc.**<br>**217 S. Main**<br>**St. Lamar, CO 81052** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Greenberg, Grant & Richards, Inc.**<br>**5858 Westheimer Rd**<br>**Suite 500**<br>**Houston, TX 77057** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Guest & Associates P.C.**<br>**P.O. Box 696**<br>**DeKalb, TX 75559** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 3166**<br>**Home Depot Credit Services**<br>**PO BOX 6029**<br>**The Lakes, NV 88901** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx8553**<br>**IESI-Waco**<br>**PO Box 650308**<br>**Dallas, TX 75265-0308** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**12**____ of ____**27**____ continuation sheets attached to       **Subtotal >**            **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**                    Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Indi Label** <br> **P.O. Box 512119** <br> **Los Angeles, CA 90051-0119** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Possible liability for corporate debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **8898** <br> **Inkology, Inc.** <br> **P.O. Box 970306** <br> **Boca Raton, FL 33497-0306** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Possible liability for corporate debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Internal Revenue Service** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Possible liability for corporate debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xx-xxx6455** <br> **Internal Revenue Service** <br> **STOP 5022AUS** <br> **300 E. 8th Street** <br> **Austin, Texas 78767** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Possible liability for corporate debt** <br> REMARKS: <br> **1120, 941, and 940 Taxes** | | | | **Notice Only** |
| ACCT #: <br> **John Glen Associates** <br> **P.O. Box 547** <br> **Mineola, NY 11501** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Possible liability for corporate debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx8008** <br> **JP Morgan Chase Bank** <br> **AZI-2004** <br> **1820 E. Sky Harbor Cir. S., F12** <br> **Phoenix, AZ 85034** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty of corporate debt** <br> REMARKS: | | | | **$381,261.45** |

Sheet no. ____**13**____ of ____**27**____ continuation sheets attached to                     **Subtotal >** | **$381,261.45**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**                                      Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5548**<br>**Kelly Toy**<br>**4811 South Alameda Street**<br>**Los Angeles, CA 90058** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Law Office of Geoffrey C. Price**<br>**6010 Balcones Drive**<br>**First Floor**<br>**Austin, TX 78731** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**LC Financial, LLC**<br>**P.O. Box 9246**<br>**Van Nuys, CA 91409** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx8860**<br>**LTD Financial Services**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX  77074** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 1318**<br>**LTD Financial Services**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX  77074** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mark Feldstein & Associates**<br>**P.O. Box 76795**<br>**Cleveland, OH 44101-6500** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**14**____ of ____**27**____ continuation sheets attached to                    **Subtotal >**             $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                                 **(Use only on last page of the completed Schedule F.)**
                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**                     Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**McCarthy, Burgess & Wolf**<br>**26000 Cannon Road**<br>**Cleveland, Ohio 44146** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**McLennan County**<br>**c/o Linebarger Goggan Blair & Sampson**<br>**600 Austin Avenue, Suite 27**<br>**Waco, TX 76701** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Meeting Bridge, LLC**<br>**705 Hunting Ridge Road**<br>**Stamford, CT 06903** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxOK00**<br>**Mega Brands America, Inc.**<br>**P.O. Box 820951**<br>**Philadelphia, PA 19182** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Merchants Advance**<br>**475 Park Avenue South**<br>**16th Floor**<br>**New York, NY 10016** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **$11,438.42** |
| ACCT #:<br>**Michael G. Null**<br>**20208 W. Highway 71**<br>**Austin, TX 78669** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**15**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$11,438.42**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**                                              Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mortgage Service Cente**<br>**SBRP - 4001 Leadenhall Rd**<br>**Mt Laurel, NJ 08054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS:<br>**From credit report; different name** | | | | **Notice Only** |
| ACCT #:<br>**My Rich Uncle**<br>**P.O.Box 2461**<br>**Harrisburg, PA 17105** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$32,000.00** |
| ACCT #:<br>**NBC Inventory, Inc.**<br>**8812 Shoal Creek Blvd.**<br>**Austin, TX 78757** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 2953**<br>**NCB Management Services Inc.**<br>**P.O. Box 1099**<br>**Langhorne, PA 19047** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**NCO Financial Services**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**NCO Financial Systems**<br>**9009 Corporate Lake Drive**<br>**Tampa, FL 33634** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____16_____ of _____27_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$32,000.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bette Babette Hapenney**                                    Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**NCO Financial Systems**<br>**P.O. Box 15630**<br>**Wilmington, DE 19850** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx1491**<br>**Nikko America, Inc.**<br>**P.O. Box 674001**<br>**Dallas, TX 75267-4001** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 1318**<br>**Office Depot Credit Plan**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 6498**<br>**Office Max**<br>**HSBC Business Solutions**<br>**PO Box 5239**<br>**Carol Stream, IL 60197** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx1399**<br>**Peco Company**<br>**13620 Benson Avenue**<br>**Chino, CA 91710** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 2450**<br>**Penncro**<br>**PO Box 538**<br>**Oaks, PA 19456** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____17____ of ____27____ continuation sheets attached to              **Subtotal >**         **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                                            **(Use only on last page of the completed Schedule F.)**
                                                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bette Babette Hapenney**                                     Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx8860** **Pitney Bowes Credit Corp** **Purchase Power** **PO Box 856042** **Louisville, KY 40285** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx5372** **Pitney Bowes Global** **P.O. Box 856460** **Louisville, KY 40285-6460** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #: **Poof-Slinky, Inc.** **P.O. Box 701394** **Plymouth, MI 48170-0964** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 2412** **Quickbooks/Bank of America** **Business Card** **PO Box 15710** **Wilmington, DE 19886** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx xxxx 9298** **Quickbooks/Bank of America** **Business Card** **PO Box 15710** **Wilmington, DE 19886** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx9676** **Raymond Geddes** **8901 Yellow Brick Road** **Baltimore, MD 21237** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |

Sheet no. _____**18**_____ of _____**27**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                 **Subtotal >**          **$0.00**

                                                                 **Total >**

                                          **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bette Babette Hapenney**                                      Case No. _____

                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Replogle Globes, Inc.**<br>**231265 Momentum Place**<br>**Chicago, IL 60689-5311** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxx xxxxange**<br>**Reveal Entertainment**<br>**1250-B Petroleum Drive**<br>**Suite 600**<br>**Abilene, TX 79602** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxK750**<br>**Rhode Island Novelty**<br>**Attn: Brenda Lynch**<br>**5 Industrial Blvd**<br>**Cumberland, RI 02864** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**RMS**<br>**4836 Breckville Rd.**<br>**PO Box 523**<br>**Richfield, OH 44286** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Sallie Mae**<br>**Attn: Claims Dept**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$12,275.00** |
| ACCT #:<br>**Sallie Mae**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**19**___ of ___**27**___ continuation sheets attached to        **Subtotal >** | **$12,275.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     **Total >**
                                             **(Use only on last page of the completed Schedule F.)**
                                     **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**                                     Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Sazbo Associates**<br>**3355 Lenox Road N.E.**<br>**Ninth Floor**<br>**Atlanta, GA 30326** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxl640**<br>**Scosche**<br>**1550 Pacific Avenue**<br>**Oxnard, CA 93033** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Scott  & White Health Plan**<br>**P.O. Box 840206**<br>**Dallas, TX  75284-0206** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx4342**<br>**Scott & White**<br>**2401 S. 31st Street**<br>**Temple, TX 76508** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS:<br>**Co-pays for office visits** | | | | **$40.00** |
| ACCT #:  **6946**<br>**Sentry Industries, Inc.**<br>**P.O. Box 885**<br>**Hillburn, NY 10931** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x4169**<br>**Smart Planet**<br>**7930 Deering Avenue**<br>**Canoga Park, CA 91304** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**20**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Subtotal >**                | **$40.00** |

                                                                              **Total >**
                                           **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bette Babette Hapenney**                    Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxx1838<br>**Spalding Russell Financial Services, Inc**<br>**P.O. Box 116847**<br>**Atlanta, GA 30368-6847** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xx4017<br>**Spinmaster, Inc.**<br>**300 International Drive**<br>**Williamsville, NY 14221** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxx3952<br>**Sprint**<br>**PO Box 3097**<br>**Bloomington, IL 61702** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Mobile Internet Card and service fees** | | | | **$368.00** |
| ACCT #:<br>**Stellar Toys**<br>**9582 Hamilton Ave # 346**<br>**Huntington Beach, CA 92646** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxx1113<br>**Stream Energy**<br>**PO Box 59838**<br>**Schaumburg, IL 60159-0838** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**Energy** | | | | **$119.08** |
| **Representing:**<br>**Stream Energy** | | | **Brown & Joseph LTD**<br>**1701 Gold Road**<br>**Tower 2, Suite 100**<br>**Rolling Meadows, IL 60008** | | | | **Notice Only** |

Sheet no. ____21____ of ____27____ continuation sheets attached to                                    Subtotal >  | $487.08
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bette Babette Hapenney**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Streamline Importing Inc.** <br> **711 Executive Blvd. Suite K** <br> **New York, NY 10989** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Possible liability for corporate debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xxK001** <br> **Stylus Writing Instruments** <br> **P.O. Box 73343** <br> **Cleveland, OH 44193** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Possible liability for corporate debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xx-xxx0815** <br> **Tandem Sport** <br> **440 Baxter Avenue** <br> **Louisville, KY 40204** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Possible liability for corporate debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xx4975** <br> **Texas Department of Public Safety** <br> **Surcharge Processing** <br> **P.O. Box 16733** <br> **Austin, TX 78761-6733** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Court Fines** <br> REMARKS: <br> **No insurance or invalid ID** | | | | **$230.00** |
| ACCT #: **xx4586** <br> **Texas Department of Public Safety** <br> **Surcharge Processing** <br> **P.O. Box 16733** <br> **Austin, TX 78761-6733** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Court Fines** <br> REMARKS: <br> **No insurance or invalid ID** | | | | **$228.00** |
| ACCT #: **xx5652** <br> **Texas Department of Public Safety** <br> **Surcharge Processing** <br> **P.O. Box 16733** <br> **Austin, TX 78761-6733** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Court Fines** <br> REMARKS: <br> **No insurance or invalid ID** | | | | **$236.50** |

Sheet no. **22** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$694.50**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bette Babette Hapenney**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Texas Workforce Commission**<br>**P.O. Box 149037**<br>**Austin, TX 78714-9037** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS:<br>**2008 Texas Employment Taxes** | | | | **Notice Only** |
| ACCT #: **xx-xxx4578**<br>**The Antioch Company**<br>**P.O. Box 71-1867**<br>**Columbus, OH 43271-1867** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**The Royal Mercantile Trust Corp.**<br>**Ten Central Parkway**<br>**Stuart, FL 34994** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tim Thomasson and Shannon Thomasson, P(**<br>**1000 W. Highway Six**<br>**Suite 110**<br>**Waco, TX 76712** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx xx5 203**<br>**Time Warner Cable**<br>**P.O. Box 7852**<br>**Waco, TX 76714-7852** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Internet Services** | | | | **$351.49** |
| **Representing:**<br>**Time Warner Cable** | | | **Credit Protection Association**<br>**P.O. Box 802068**<br>**Dallas, Texas 75380** | | | | **Notice Only** |

Sheet no. ____**23**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$351.49**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                  Case No. _____

                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xOKEN**<br>**Top of the World**<br>**P.O. Box 721210**<br>**Norman, OK 73070** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x3152**<br>**Toysmith**<br>**5110 Frontage Road**<br>**Auburn, WA 98001** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Trans Union Corporation**<br>**Attn: Public Records Dept.**<br>**555 West Adams Street**<br>**Chicago, IL 60661** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx-xxx9-93-9**<br>**TXU**<br>**P.O. Box 10001**<br>**Dallas, TX  75310-0001** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx3-40X**<br>**United Parcel Services**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx6317**<br>**United States Playing Card Co.**<br>**2510 Reliable Parkway**<br>**Chicago, IL 60686-0025** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**24**___ of ___**27**___ continuation sheets attached to                          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                           **Total >**
                                                  **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bette Babette Hapenney**                                   Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**UPS Canada LTD**<br>**PO Box 2127 CRO**<br>**Halifax, NS B3J 3B7**<br>**Canada** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx-x9619**<br>**UPS Supply Chain Solutions**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**US Attorney General**<br>**Main & Justice Bldg.**<br>**10th and  Constitution, N.W.**<br>**Washington, D.C. 20530** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**US Attorney's Office**<br>**601 N.W. Loop 410. Ste.600**<br>**San Antonio, TX 78216** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible liability for corporate debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxx 02 21**<br>**USAA Casualty Insurance Company**<br>**9800 Fredericksburg Road**<br>**San Antonio, TX 78288** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Auto insurance** | | | | **$226.29** |
| ACCT #:  **xxxx 4996**<br>**USAA Federal Savings Bank**<br>**10750 McDermott Fwy**<br>**San Antonio, TX  78288** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency after repossession of car**<br>REMARKS: | | | | **$4,786.48** |

Sheet no. ____**25**____ of ____**27**____ continuation sheets attached to                                    **Subtotal >** | **$5,012.77**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                   **Total >**
                                                                           **(Use only on last page of the completed Schedule F.)**
                                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bette Babette Hapenney**                           Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **USAA Federal Savings Bank** | | | **CBCS** **PO BOX 2589** **Columbus, OH 43216** | | | | **Notice Only** |
| **Representing:** **USAA Federal Savings Bank** | | | **CBCS** **PO BOX 2589** **Columbus, OH 43216** | | | | **Notice Only** |
| ACCT #:  **xx-xxx5446** **USAA Federal Savings Bank** **10750 McDermott Fwy** **San Antonio, TX  78288** | X | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: **Clothing, fuel, food** | | | | **$3,342.37** |
| ACCT #:  **xxxx xxxx xxxx 2527** **USAA Savings Bank** **P.O. Box 14050** **Las Vegas, NV 89114-4050** | X | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: **Inventory for business, payroll, fuel** | | | | **$12,353.20** |
| **Representing:** **USAA Savings Bank** | | | **United Recovery Systems** **PO BOX 722929** **Houston, Tx  77272-2929** | | | | **Notice Only** |
| ACCT #:  **xxxx xxxxxx x0539** **USAA Savings Bank** **P.O. Box 14050** **Las Vegas, NV 89114-4050** | X | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: **Clothing, food, daycare** | | | | **$5,640.00** |

Sheet no. _____**26**_____ of _____**27**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| **Subtotal >** | **$21,335.57** |
| **Total >** (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bette Babette Hapenney**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **USAA Savings Bank** | | | **Sarma Collections** **1801 Broadway** **San Antonio, TX 78215-1200** | | | | **Notice Only** |
| ACCT #: **Yellow Freight Systems** **PO Box 730333** **Dallas, TX 75373-0333** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| ACCT #: **Yellow Transportation** **PO Box 73149** **Chicago, IL 60673-7149** | X | - | DATE INCURRED: CONSIDERATION: **Possible liability for corporate debt** REMARKS: | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____27____ of ____27____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$0.00**

**Total >** | **$556,342.73**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Bette Babette Hapenney**                                    Case No. _____
                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Bette Babette Hapenney**                                        Case No. _____

                                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **A.F. Buddy Skeen, RTA, CTA**<br>McLennan County Tax Assessor<br>P.O.Box 406<br>Waco, Texas  76703 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **A.G. Industries, Inc.**<br>P.O. Box 455<br>Preston, WA 98050 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Advanta Bank Corp**<br>P.O. Box 8088<br>Philadelphia, PA 19101 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Aes/mru Funding Spv**<br>Po Box 2461<br>Harrisburg, PA 17105 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Afni, Inc.**<br>Po Box 3097<br>Bloomington, IL 61702 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Allied Waste Services**<br>PO Box 78829<br>Phoenix, AZ 85062-8829 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Am-tex Plastics**<br>4510 Old Mexia Road<br>Waco, TX 76705 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                    Case No. _____

                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **American Coradius International LLC**<br>2420 Sweet Home Rd. Suite 150<br>Amherst, NY 14228-2244 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **American Coradius International LLC**<br>PO Box 505<br>Linden, MI 48451 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **American Express**<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **American Express**<br>P.O. Box 6504448<br>Dallas, TX 75265 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Arrow Financial Service**<br>21031 Network Place<br>Chicago, IL 60678 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **ARSI**<br>Legal Department<br>555 St. Charles Drive<br>Suite 100<br>Thousand Oaks, CA 91360 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **AT&T**<br>PO Box 650516<br>Dallas, TX 75265-0516 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Bette Babette Hapenney**                                     Case No. _____
                                                                                          (if known)


# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*


| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **AT&T Mobility**<br>PO Box 6463<br>Carol Stream, IL<br>60197-6463 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Aurora World, Inc.**<br>8820 Mercury Lane<br>Pico Rivera, CA 90660 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Austin-Abbott, Inc.**<br>P.O. Box 1253<br>Highland Park, NJ 08904 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Baker's Filter Service**<br>P.O. Box 7680<br>Waco, TX 76714 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Bank of America**<br>PO Box 17054<br>Wilmington, DE 19884 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Bank of America**<br>Commercial Credit Division<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Bank of America**<br>Commercial Credit Division<br>PO Box 15710<br>Wilmington, DE 19886-5710 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Benjamin & Williams Credit Investigators**<br>5485 Expressway Drive North<br>Holtsville, NY 11742 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Bill Me Later**<br>P.O. Box 2394<br>Omaha, NE 68103-2394 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Bill Me Later**<br>P.O. Box 105658<br>Atlanta, GA 30348 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Boley**<br>14011 12th Street<br>Chino, CA 91710 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Bonnie Bell**<br>Attn: Accounts Receivable<br>18519 Detroit Avenue<br>Lakewood, OH 44107 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Brown & Joseph LTD**<br>1701 Gold Road<br>Tower 2, Suite 100<br>Rolling Meadows, IL 60008 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Bushnell-Tasco**<br>Dept. 1551<br>135 Lasalle St.<br>Chicago, IL 60674-1551 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                  Case No. _____

                                                                                             (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Cameleon Distribution**<br>227 Grant Street<br>Santa Cruz, CA 95060 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Can You Imagine**<br>9314 Eton Ave.<br>Chatsworth, CA 91311 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Capital Management Services, LP**<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Capital Recovery Corporation**<br>P.O. Box 1008<br>Alpharette, GA 3009 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **CBCS**<br>PO BOX 2589<br>Columbus, OH 43216 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **CBCS**<br>PO BOX 2589<br>Columbus, OH 43216 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **CCC of NY**<br>P.O. Box 288<br>Tonawanda, NY 14150 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____
                                                                                          (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 5*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Celtic Capital Corporation**<br>2951 28th Street, Suite 2030<br>Santa Monica, CA 90405 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Chase**<br>P.O. Box 78039<br>Phoenix, AZ 85062 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Chase Bank**<br>P.O. Box 94014<br>Palatine, IL  60094-4014 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Chase Bank Usa, Na**<br>Attention:  Banktruptcy Department<br>PO Box 15298<br>Wilmintgon, DE 19850 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Chase Credit Card**<br>PO Box 94014<br>Palatine, IL 60094 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Chase Credit Card**<br>PO Box 94014<br>Palatine, IL 60094 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Client Services, Inc.**<br>34851 Harry Truman Blvd.<br>St. Charles, MO  63301 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Bette Babette Hapenney**                                    Case No. _____

                                                                                        (if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 6*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Coface Collections**<br>P.O. Box 8510<br>Metaire, LA 70011 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Coface Collections North America, Inc.**<br>50 Millstone Road<br>Building 100-Suite 360<br>East Windsor, NJ 08520 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Connally ISD**<br>c/o McCreary, Veselka, Bragg, & Allen<br>PO Box 1669<br>Waco, TX 76703-1669 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **CoopSport**<br>1335 Park Center Drive<br>Suite B<br>Vista, CA 92081 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **CPP International, LLC**<br>P.O. Box 60806<br>Charlotte, NC 28260-0806 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **CR Systems**<br>P.O. Box 75338<br>Phoenix, AZ 85087 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Credit Protection Association**<br>P.O. Box 802068<br>Dallas, Texas 75380 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                           Case No. _____

                                                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 7*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Creditors Interchange**<br>80 Holtz Drive<br>Buffalo, NY 14225 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **CST, Inc.**<br>P.O. Box 224768<br>Dallas, TX 75222 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Dan & Sandy Hapenney**<br>577 Idlewood<br>Waco, TX  76705 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Decor Craft, Inc.**<br>230 5th Ave.<br>Suite 309<br>New York, NY 10010 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Deltacom**<br>PO Box 740597<br>Atlanta, GA 30374-0597 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Denison & Grisham**<br>407 Lake Air Drive<br>Waco, TX 76710 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **DHL Express (USA) Inc.**<br>P.O. Box 840006<br>Dallas, TX 75284-0006 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                     Case No. _____

                                                                                        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 8*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Discover Fin Svcs Llc**<br>Po Box 15316<br>Wilmington, DE 19850 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Discover Financial Services**<br>P.O. Box 15316<br>Wilmington, DE 19850 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Dorcy International, Inc.**<br>Dept. L-2575<br>Columbus, OH 43260-2575 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Englander Container & Display**<br>P.O. Box 22067<br>Waco, TX 76702-2067 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Fascinations Toys and Gifts, Inc.**<br>19224 Des Moines Way So.<br>Suite 100<br>Seattle, WA 98148 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Federal Express**<br>P.O. Box 94515<br>Palatine, IL 60094-4515 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **FedEx Trade Networks**<br>P.O. Box 660481<br>Dallas, TX 75266-0481 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                      Case No. _____

                                                                                        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 9*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Frederick J. Hanna & Associates, P.C.**<br>1427 Roswell Rd.<br>Marietta, GA 30062 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Freedman & Price**<br>Attorneys at Law<br>105 West 8th Street<br>Austin, TX 78701 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Fun Express**<br>P.O. Box 790403<br>St. Louis, MO 63179-0403 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Fundex Games, Ltd.**<br>P.O. Box 95169<br>Paletine, IL 60095-0169 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Funtastic**<br>c/o Michael G Null<br>20208 W Highway 71<br>Spicewood, TX 78669-6461 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Funtastic Toys**<br>2301 Minimax Street<br>Houston, TX 77008-5009 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Gayla Industries, Inc.**<br>P.O. Box 920800<br>Houston, TX 77292-0800 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                            Case No. _____

                                                                                         (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 10*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **General Auditing Bureau**<br>P.O. Box 9658<br>Minneapolis, MN 55440 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Getagadget, Inc.**<br>2101 E. Saint Elmo Road<br>Suite 347<br>Austin, TX 78744 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Glow Industries, Inc.**<br>12962 Eckel Junction Road<br>Perrysburg, OH 43551 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Good Gifts, Inc.**<br>217 S. Main<br>St. Lamar, CO 81052 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Greenberg, Grant & Richards, Inc.**<br>5858 Westheimer Rd<br>Suite 500<br>Houston, TX 77057 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Guest & Associates P.C.**<br>P.O. Box 696<br>DeKalb, TX 75559 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Home Depot Credit Services**<br>PO BOX 6029<br>The Lakes, NV 88901 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                      Case No. _____

                                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 11*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **IESI-Waco**<br>PO Box 650308<br>Dallas, TX 75265-0308 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Indi Label**<br>P.O. Box 512119<br>Los Angeles, CA 90051-0119 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Inkology, Inc.**<br>P.O. Box 970306<br>Boca Raton, FL 33497-0306 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Internal Revenue Service**<br>STOP 5022AUS<br>300 E. 8th Street<br>Austin, Texas 78767 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **John Glen Associates**<br>P.O. Box 547<br>Mineola, NY 11501 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **JP Morgan Chase Bank**<br>AZI-2004<br>1820 E. Sky Harbor Cir. S., F12<br>Phoenix, AZ 85034 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Bette Babette Hapenney**                                        Case No. _____
                                                                                         (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 12*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Kelly Toy**<br>4811 South Alameda Street<br>Los Angeles, CA 90058 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Law Office of Geoffrey C. Price**<br>6010 Balcones Drive<br>First Floor<br>Austin, TX 78731 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **LC Financial, LLC**<br>P.O. Box 9246<br>Van Nuys, CA 91409 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **LTD Financial Services**<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX  77074 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **LTD Financial Services**<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX  77074 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Mark Feldstein & Associates**<br>P.O. Box 76795<br>Cleveland, OH 44101-6500 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **McCarthy, Burgess & Wolf**<br>26000 Cannon Road<br>Cleveland, Ohio 44146 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

                                                                                (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 13*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **McLennan County**<br>c/o Linebarger Goggan Blair & Sampson<br>600 Austin Avenue, Suite 27<br>Waco, TX 76701 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Meeting Bridge, LLC**<br>705 Hunting Ridge Road<br>Stamford, CT 06903 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Mega Brands America, Inc.**<br>P.O. Box 820951<br>Philadelphia, PA 19182 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Merchants Advance**<br>475 Park Avenue South<br>16th Floor<br>New York, NY 10016 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Michael G. Null**<br>20208 W. Highway 71<br>Austin, TX 78669 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **NBC Inventory, Inc.**<br>8812 Shoal Creek Blvd.<br>Austin, TX 78757 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **NCB Management Services Inc.**<br>P.O. Box 1099<br>Langhorne, PA 19047 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                  Case No. _____

                                                                                      (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 14*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **NCO Financial Services**<br>507 Prudential Road<br>Horsham, PA 19044 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **NCO Financial Systems**<br>9009 Corporate Lake Drive<br>Tampa, FL 33634 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **NCO Financial Systems**<br>P.O. Box 15630<br>Wilmington, DE 19850 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Nikko America, Inc.**<br>P.O. Box 674001<br>Dallas, TX 75267-4001 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Office Depot Credit Plan**<br>P.O. Box 689020<br>Des Moines, IA 50368 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Office Max**<br>HSBC Business Solutions<br>PO Box 5239<br>Carol Stream, IL 60197 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Peco Company**<br>13620 Benson Avenue<br>Chino, CA 91710 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                           Case No. _____

                                                                                                (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 15*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Penncro**<br>PO Box 538<br>Oaks, PA 19456 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Pitney Bowes Credit Corp**<br>Purchase Power<br>PO Box 856042<br>Louisville, KY 40285 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Pitney Bowes Global**<br>P.O. Box 856460<br>Louisville, KY 40285-6460 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Poof-Slinky, Inc.**<br>P.O. Box 701394<br>Plymouth, MI 48170-0964 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Quickbooks/Bank of America**<br>Business Card<br>PO Box 15710<br>Wilmington, DE 19886 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Quickbooks/Bank of America**<br>Business Card<br>PO Box 15710<br>Wilmington, DE 19886 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Raymond Geddes**<br>8901 Yellow Brick Road<br>Baltimore, MD 21237 |

B6H (Official Form 6H) (12/07) - Cont.

04/27/2009 05:21:33pm

In re  **Bette Babette Hapenney**                                    Case No.  _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 16*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Replogle Globes, Inc.**<br>231265 Momentum Place<br>Chicago, IL 60689-5311 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Reveal Entertainment**<br>1250-B Petroleum Drive<br>Suite 600<br>Abilene, TX 79602 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Rhode Island Novelty**<br>Attn: Brenda Lynch<br>5 Industrial Blvd<br>Cumberland, RI 02864 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **RMS**<br>4836 Breckville Rd.<br>PO Box 523<br>Richfield, OH 44286 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Sarma Collections**<br>1801 Broadway<br>San Antonio, TX 78215-1200 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Sazbo Associates**<br>3355 Lenox Road N.E.<br>Ninth Floor<br>Atlanta, GA 30326 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Scosche**<br>1550 Pacific Avenue<br>Oxnard, CA 93033 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____

                                                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 17*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Scott  & White Health Plan**<br>P.O. Box 840206<br>Dallas, TX  75284-0206 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Scott & White**<br>2401 S. 31st Street<br>Temple, TX 76508 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Sentry Industries, Inc.**<br>P.O. Box 885<br>Hillburn, NY 10931 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Smart Planet**<br>7930 Deering Avenue<br>Canoga Park, CA 91304 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Spalding Russell Financial Services, Inc**<br>P.O. Box 116847<br>Atlanta, GA 30368-6847 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Spinmaster, Inc.**<br>300 International Drive<br>Williamsville, NY 14221 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Sprint**<br>PO Box 3097<br>Bloomington, IL 61702 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Bette Babette Hapenney**                    Case No. _____
                                                                 (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 18*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Stellar Toys**<br>9582 Hamilton Ave # 346<br>Huntington Beach, CA 92646 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Stream Energy**<br>PO Box 59838<br>Schaumburg, IL 60159-0838 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Streamline Importing Inc.**<br>711 Executive Blvd. Suite K<br>New York, NY 10989 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Stylus Writing Instruments**<br>P.O. Box 73343<br>Cleveland, OH 44193 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Tandem Sport**<br>440 Baxter Avenue<br>Louisville, KY 40204 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Texas Workforce Commission**<br>P.O. Box 149037<br>Austin, TX 78714-9037 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **The Antioch Company**<br>P.O. Box 71-1867<br>Columbus, OH 43271-1867 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                          Case No. _____
                                                                                        (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 19*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **The Royal Mercantile Trust Corp.**<br>Ten Central Parkway<br>Stuart, FL 34994 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Tim Thomasson and Shannon Thomasson, PC**<br>1000 W. Highway Six<br>Suite 110<br>Waco, TX 76712 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Time Warner Cable**<br>P.O. Box 7852<br>Waco, TX 76714-7852 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Top of the World**<br>P.O. Box 721210<br>Norman, OK 73070 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Toysmith**<br>5110 Frontage Road<br>Auburn, WA 98001 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **TXU**<br>P.O. Box 10001<br>Dallas, TX  75310-0001 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **United Parcel Services**<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |

04/27/2009 05:21:33pm

B6H (Official Form 6H) (12/07) - Cont.

In re **Bette Babette Hapenney**                    Case No. _____
                                                        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 20*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **United Recovery Systems**<br>PO BOX 722929<br>Houston, Tx 77272-2929 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **United States Playing Card Co.**<br>2510 Reliable Parkway<br>Chicago, IL 60686-0025 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **UPS Canada LTD**<br>PO Box 2127 CRO<br>Halifax, NS B3J 3B7<br>Canada |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **UPS Supply Chain Solutions**<br>28013 Network Place<br>Chicago, IL 60673-1280 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **US Attorney General**<br>Main & Justice Bldg.<br>10th and Constitution, N.W.<br>Washington, D.C. 20530 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **US Attorney's Office**<br>601 N.W. Loop 410. Ste.600<br>San Antonio, TX 78216 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **USAA Casualty Insurance Company**<br>9800 Fredericksburg Road<br>San Antonio, TX 78288 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Bette Babette Hapenney**                                    Case No. _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 21*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **USAA Federal Savings Bank**<br>10750 McDermott Fwy<br>San Antonio, TX  78288 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **USAA Federal Savings Bank**<br>10750 McDermott Fwy<br>San Antonio, TX  78288 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **USAA Savings Bank**<br>P.O. Box 14050<br>Las Vegas, NV 89114-4050 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **USAA Savings Bank**<br>P.O. Box 14050<br>Las Vegas, NV 89114-4050 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Yellow Freight Systems**<br>PO Box 730333<br>Dallas, TX 75373-0333 |
| **Token Exchange**<br>c/o Bette Hapenney<br>563 Idlewood Drive<br>Waco, TX 76705 | **Yellow Transportation**<br>PO Box 73149<br>Chicago, IL 60673-7149 |

B6I (Official Form 6I) (12/07)

In re  **Bette Babette Hapenney**                                     Case No. _____
                                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s):  Child | Age(s): 6 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | warehouse employee | |
| Name of Employer | Token Rewards | |
| How Long Employed | just started. | |
| Address of Employer | Waco, TX | |

| | INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,000.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | **$2,000.00** | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $124.00 | |
| | c. Medicare | $29.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$153.00** | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$1,847.00** | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a._____ | $0.00 | |
| | b._____ | $0.00 | |
| | c._____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,847.00** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$1,847.00** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Bette Babette Hapenney**                                   Case No. _____
                                                                                       (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>    a. Are real estate taxes included?  ☑ Yes  ☐ No<br>    b. Is property insurance included?  ☑ Yes  ☐ No | $1,250.00 |
| 2. Utilities:  a. Electricity and heating fuel<br>           b. Water and sewer<br>           c. Telephone<br>           d. Other: | |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | <br>$350.00<br>$40.00<br><br><br>$100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>        a. Homeowner's or renter's<br>        b. Life<br>        c. Health<br>        d. Auto<br>        e. Other: | <br><br><br><br>$100.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>        a. Auto:<br>        b. Other:<br>        c. Other:<br>        d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$1,840.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Ms. Hapenney's roommate pays the utility bills at her home.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                                       $1,847.00
b. Average monthly expenses from Line 18 above                                     $1,840.00
c. Monthly net income (a. minus b.)                                                $7.00

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re  **Bette Babette Hapenney**                    Case No.

                                                     Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $150,201.00 | | |
| B - Personal Property | Yes | 9 | $12,130.00 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $131,161.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | $556,342.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 22 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,847.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,840.00 |
| TOTAL | | 71 | $162,331.00 | $687,503.74 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re  **Bette Babette Hapenney**

Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Bette Babette Hapenney**                                        Case No. _____

                                                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**73**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **04/27/2009**_____        Signature  **/s/ Bette Babette Hapenney**_____

                                                                                  ***Bette Babette Hapenney***


Date _____        Signature _____

                                                            [If joint case, both spouses must sign.]


_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re: **Bette Babette Hapenney**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | No income (2009)- Ms. Hapenney's boyfriend has been support her and her child since her business has failed. |
| $2,708.00 | Adjusted Gross Income (2008) |
| $45,493.00 | Adjusted Gross Income (2007) |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re: **Bette Babette Hapenney**                    Case No. _____

                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| USAA Federal Savings Bank 10750 McDermott Freeway San Antonio, TX 78288-0544 | 10/23/2008 | 2005 Chevrolet Corvette VIN 1G1YY24U155101426 $23,400 (sale proceeds) |

---

None ☑

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Erin B. Shank, P.C. 1902 Austin Avenue Waco, Texas 76701 | 04/21/2009 | $3,551.00 |

**Ms. Hapenney participated in a credit counselling session as a prerequisite to filing this bankruptcy case.**

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Bette Babette Hapenney**                               Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**10. Other transfers**

None ☑   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Ms. Hapenney has a roommate and some of the items in her home belong to the roommate.** | | |

---

**15. Prior address of debtor**

None ☑   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Bette Babette Hapenney**                           Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Ms. Hapenney is the president, a director and the 80% shareholder of Token Exchange, Inc. It filed a chapter 7 bankruptcy case simultaneously with the filing of this case.** | **selling motivational rewards to schools** | **1993 to 2009** |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re: **Bette Babette Hapenney**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

**Ms. Hapenny owns a portion of 30% of the stock in Expert Solutions, Inc. which formerly operated three Sylvan learning centers in Central Texas. All of the assets of this corporation were sold to a non-related purchaser in 2005.**

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☑  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **Bette Babette Hapenney**                    Case No. _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**22. Former partners, officers, directors and shareholders**

None ☑    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **04/27/2009** _____          Signature _____ **/s/ Bette Babette Hapenney** _____
                                                                of Debtor        ***Bette Babette Hapenney***

Date _____          Signature _____
                                                                of Joint Debtor
                                                                (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Bette Babette Hapenney**                         CASE NO

                                                          CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>PHH<br>4001 Leadenhall Rd<br>Mt. Laurel, NJ 08054<br>xxxxxx5213 | **Describe Property Securing Debt:**<br>563 Idlewood Drive, Waco, TX 76705 |
| Property will be (check one):<br>☐ Surrendered    ☑ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):<br>     Debtor will continue making payments to creditor without reaffirming.<br><br>Property is (check one):<br>☑ Claimed as exempt    ☐ Not claimed as exempt | |

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐        NO ☐ |

B 201 (12/08)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:   **Bette Babette Hapenney**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:   Liquidation   ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

B 201 (12/08)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

IN RE:  **Bette Babette Hapenney**

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____ **Erin B. Shank** _____ , counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Erin B. Shank**
Erin B. Shank, Attorney for Debtor(s)
Bar No.: 01572900
Erin B. Shank, P.C.
1902 Austin Avenue
Waco, Texas 76701
Phone: (254) 296-1161
Fax: (254) 296-1165

B 201 (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:   **Bette Babette Hapenney**

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Bette Babette Hapenney**_____        X  **/s/ Bette Babette Hapenney**          **04/27/2009**
_____                 Signature of Debtor                    Date
Printed Name(s) of Debtor(s)                                X  _____
Case No. (if known)  _____                 Signature of Joint Debtor (if any)       Date

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Bette Babette Hapenney**

CASE NO

CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$3,551.00** |
| Prior to the filing of this statement I have received: | **$3,551.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **04/27/2009** | **/s/ Erin B. Shank** |
| *Date* | *Erin B. Shank*          Bar No.  01572900 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:   **Bette Babette Hapenney**                              CASE NO

                                                                 CHAPTER     **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

A.F. Buddy Skeen, RTA, CTA
McLennan County Tax Assessor
P.O.Box 406
Waco, Texas  76703


A.G. Industries, Inc.
P.O. Box 455
Preston, WA 98050


Advanta Bank Corp
P.O. Box 8088
Philadelphia, PA 19101


Aes/mru Funding Spv
Po Box 2461
Harrisburg, PA 17105


Afni, Inc.
Po Box 3097
Bloomington, IL 61702


Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829


Am-tex Plastics
4510 Old Mexia Road
Waco, TX 76705


American Coradius International LLC
2420 Sweet Home Rd. Suite 150
Amherst, NY 14228-2244


American Coradius International LLC
PO Box 505
Linden, MI 48451

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

American Express
P.O. Box 6504448
Dallas, TX 75265

Arrow Financial Service
21031 Network Place
Chicago, IL 60678

ARSI
Legal Department
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360

AT&T
PO Box 650516
Dallas, TX 75265-0516

AT&T Mobility
PO Box 6463
Carol Stream, IL
60197-6463

Aurora World, Inc.
8820 Mercury Lane
Pico Rivera, CA 90660

Austin-Abbott, Inc.
P.O. Box 1253
Highland Park, NJ 08904

Baker's Filter Service
P.O. Box 7680
Waco, TX 76714

Bank of America
PO Box 17054
Wilmington, DE 19884


Bank of America
Commercial Credit Division
PO Box 15710
Wilmington, DE 19886-5710


Benjamin & Williams Credit Investigators
5485 Expressway Drive North
Holtsville, NY 11742


Bill Me Later
P.O. Box 2394
Omaha, NE 68103-2394


Bill Me Later
P.O. Box 105658
Atlanta, GA 30348


Boley
14011 12th Street
Chino, CA 91710


Bonnie Bell
Attn: Accounts Receivable
18519 Detroit Avenue
Lakewood, OH 44107


Brown & Joseph LTD
1701 Gold Road
Tower 2, Suite 100
Rolling Meadows, IL 60008


Bushnell-Tasco
Dept. 1551
135 Lasalle St.
Chicago, IL 60674-1551

Cameleon Distribution
227 Grant Street
Santa Cruz, CA 95060


Can You Imagine
9314 Eton Ave.
Chatsworth, CA 91311


Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital Recovery Corporation
P.O. Box 1008
Alpharette, GA 3009


CBCS
PO BOX 2589
Columbus, OH 43216


CCC of NY
P.O. Box 288
Tonawanda, NY 14150


Celtic Capital Corporation
2951 28th Street, Suite 2030
Santa Monica, CA 90405


Chase
P.O. Box 78039
Phoenix, AZ 85062


Chase
PO Box 4661
Houston, TX 77210

Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014


Chase Bank Usa, Na
Attention: Banktruptcy Department
PO Box 15298
Wilmintgon, DE 19850


Chase Credit Card
PO Box 94014
Palatine, IL 60094


Client Services, Inc.
34851 Harry Truman Blvd.
St. Charles, MO 63301


Coface Collections
P.O. Box 8510
Metaire, LA 70011


Coface Collections North America, Inc.
50 Millstone Road
Building 100-Suite 360
East Windsor, NJ 08520


Connally ISD
c/o McCreary, Veselka, Bragg, & Allen
PO Box 1669
Waco, TX 76703-1669


CoopSport
1335 Park Center Drive
Suite B
Vista, CA 92081


CPP International, LLC
P.O. Box 60806
Charlotte, NC 28260-0806

CR Systems
P.O. Box 75338
Phoenix, AZ 85087


Credit Protection Association
P.O. Box 802068
Dallas, Texas 75380


Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


CST, Inc.
P.O. Box 224768
Dallas, TX 75222


Dan & Sandy Hapenney
577 Idlewood
Waco, TX  76705


Decor Craft, Inc.
230 5th Ave.
Suite 309
New York, NY 10010


Deltacom
PO Box 740597
Atlanta, GA 30374-0597


Denison & Grisham
407 Lake Air Drive
Waco, TX 76710


DHL Express (USA) Inc.
P.O. Box 840006
Dallas, TX 75284-0006

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850


Dorcy International, Inc.
Dept. L-2575
Columbus, OH 43260-2575


Englander Container & Display
P.O. Box 22067
Waco, TX 76702-2067


Equifax
P.O. Box 740241
Atlanta, GA 30374


Experian
Profile Maintenance
P.O. Box 9558
Allen, TX 75013


Fascinations Toys and Gifts, Inc.
19224 Des Moines Way So.
Suite 100
Seattle, WA 98148


Federal Express
P.O. Box 94515
Palatine, IL 60094-4515


FedEx Trade Networks
P.O. Box 660481
Dallas, TX 75266-0481

Flipo Group, Ltd.
613 1st St.
LaSalle, IL 61301


Frederick J. Hanna & Associates, P.C.
1427 Roswell Rd.
Marietta, GA 30062


Freedman & Price
Attorneys at Law
105 West 8th Street
Austin, TX 78701

Fun Express
P.O. Box 790403
St. Louis, MO 63179-0403


Fundex Games, Ltd.
P.O. Box 95169
Paletine, IL 60095-0169


Funtastic
c/o Michael G Null
20208 W Highway 71
Spicewood, TX 78669-6461


Funtastic Toys
2301 Minimax Street
Houston, TX 77008-5009


Gayla Industries, Inc.
P.O. Box 920800
Houston, TX 77292-0800


General Auditing Bureau
P.O. Box 9658
Minneapolis, MN 55440

Getagadget, Inc.
2101 E. Saint Elmo Road
Suite 347
Austin, TX 78744


Glow Industries, Inc.
12962 Eckel Junction Road
Perrysburg, OH 43551



Good Gifts, Inc.
217 S. Main
St. Lamar, CO 81052



Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd
Suite 500
Houston, TX 77057


Guest & Associates P.C.
P.O. Box 696
DeKalb, TX 75559



Home Depot Credit Services
PO BOX 6029
The Lakes, NV 88901



IESI-Waco
PO Box 650308
Dallas, TX 75265-0308



Indi Label
P.O. Box 512119
Los Angeles, CA 90051-0119



Inkology, Inc.
P.O. Box 970306
Boca Raton, FL 33497-0306

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
STOP 5022AUS
300 E. 8th Street
Austin, Texas 78767


John Glen Associates
P.O. Box 547
Mineola, NY 11501


JP Morgan Chase Bank
AZI-2004
1820 E. Sky Harbor Cir. S., F12
Phoenix, AZ 85034


Kelly Toy
4811 South Alameda Street
Los Angeles, CA 90058


Law Office of Geoffrey C. Price
6010 Balcones Drive
First Floor
Austin, TX 78731


LC Financial, LLC
P.O. Box 9246
Van Nuys, CA 91409


LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX  77074


Mark Feldstein & Associates
P.O. Box 76795
Cleveland, OH 44101-6500

McCarthy, Burgess & Wolf
26000 Cannon Road
Cleveland, Ohio 44146


McLennan County
c/o Linebarger Goggan Blair & Sampson
600 Austin Avenue, Suite 27
Waco, TX 76701


Meeting Bridge, LLC
705 Hunting Ridge Road
Stamford, CT 06903


Mega Brands America, Inc.
P.O. Box 820951
Philadelphia, PA 19182


Merchants Advance
475 Park Avenue South
16th Floor
New York, NY 10016


Michael G. Null
20208 W. Highway 71
Austin, TX 78669


Mortgage Service Cente
SBRP - 4001 Leadenhall Rd
Mt Laurel, NJ 08054


My Rich Uncle
P.O.Box 2461
Harrisburg, PA 17105


NBC Inventory, Inc.
8812 Shoal Creek Blvd.
Austin, TX 78757

NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047


NCO Financial Services
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems
9009 Corporate Lake Drive
Tampa, FL 33634


NCO Financial Systems
P.O. Box 15630
Wilmington, DE 19850


Nikko America, Inc.
P.O. Box 674001
Dallas, TX 75267-4001


Office Depot Credit Plan
P.O. Box 689020
Des Moines, IA 50368


Office Max
HSBC Business Solutions
PO Box 5239
Carol Stream, IL 60197


Peco Company
13620 Benson Avenue
Chino, CA 91710


Penncro
PO Box 538
Oaks, PA 19456

PHH
4001 Leadenhall Rd
Mt. Laurel, NJ 08054


Pitney Bowes Credit Corp
Purchase Power
PO Box 856042
Louisville, KY 40285


Pitney Bowes Global
P.O. Box 856460
Louisville, KY 40285-6460


Poof-Slinky, Inc.
P.O. Box 701394
Plymouth, MI 48170-0964


Quickbooks/Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886


Raymond Geddes
8901 Yellow Brick Road
Baltimore, MD 21237


Replogle Globes, Inc.
231265 Momentum Place
Chicago, IL 60689-5311


Reveal Entertainment
1250-B Petroleum Drive
Suite 600
Abilene, TX 79602


Rhode Island Novelty
Attn: Brenda Lynch
5 Industrial Blvd
Cumberland, RI 02864

RMS
4836 Breckville Rd.
PO Box 523
Richfield, OH 44286

Sallie Mae
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA 18773

Sallie Mae
1002 Arthur Drive
Lynn Haven, FL 32444

Sarma Collections
1801 Broadway
San Antonio, TX 78215-1200

Sazbo Associates
3355 Lenox Road N.E.
Ninth Floor
Atlanta, GA 30326

Scosche
1550 Pacific Avenue
Oxnard, CA 93033

Scott  & White Health Plan
P.O. Box 840206
Dallas, TX  75284-0206

Scott & White
2401 S. 31st Street
Temple, TX 76508

Sentry Industries, Inc.
P.O. Box 885
Hillburn, NY 10931

Smart Planet
7930 Deering Avenue
Canoga Park, CA 91304


Spalding Russell Financial Services, Inc
P.O. Box 116847
Atlanta, GA 30368-6847


Spinmaster, Inc.
300 International Drive
Williamsville, NY 14221


Sprint
PO Box 3097
Bloomington, IL 61702


Stellar Toys
9582 Hamilton Ave # 346
Huntington Beach, CA 92646


Stream Energy
PO Box 59838
Schaumburg, IL 60159-0838


Streamline Importing Inc.
711 Executive Blvd. Suite K
New York, NY 10989


Stylus Writing Instruments
P.O. Box 73343
Cleveland, OH 44193


Tandem Sport
440 Baxter Avenue
Louisville, KY 40204

Texas Department of Public Safety
Surcharge Processing
P.O. Box 16733
Austin, TX 78761-6733


Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714-9037


The Antioch Company
P.O. Box 71-1867
Columbus, OH 43271-1867


The Royal Mercantile Trust Corp.
Ten Central Parkway
Stuart, FL 34994


Tim Thomasson and Shannon Thomasson, PC
1000 W. Highway Six
Suite 110
Waco, TX 76712


Time Warner Cable
P.O. Box 7852
Waco, TX 76714-7852


Token Exchange
c/o Bette Hapenney
563 Idlewood Drive
Waco, TX 76705


Top of the World
P.O. Box 721210
Norman, OK 73070


Toysmith
5110 Frontage Road
Auburn, WA 98001

Trans Union Corporation
Attn: Public Records Dept.
555 West Adams Street
Chicago, IL 60661


TXU
P.O. Box 10001
Dallas, TX  75310-0001


United Parcel Services
Lockbox 577
Carol Stream, IL 60132-0577


United Recovery Systems
PO BOX 722929
Houston, Tx  77272-2929


United States Playing Card Co.
2510 Reliable Parkway
Chicago, IL 60686-0025


UPS Canada LTD
PO Box 2127 CRO
Halifax, NS B3J 3B7
Canada


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


US Attorney General
Main & Justice Bldg.
10th and  Constitution, N.W.
Washington, D.C. 20530


US Attorney's Office
601 N.W. Loop 410. Ste.600
San Antonio, TX 78216

USAA Casualty Insurance Company
9800 Fredericksburg Road
San Antonio, TX 78288


USAA Federal Savings Bank
10750 McDermott Fwy
San Antonio, TX  78288


USAA Savings Bank
P.O. Box 14050
Las Vegas, NV 89114-4050


Yellow Freight Systems
PO Box 730333
Dallas, TX 75373-0333


Yellow Transportation
PO Box 73149
Chicago, IL 60673-7149

**B22A (Official Form 22A) (Chapter 7) (12/08)**
In re: **Bette Babette Hapenney**

Case Number:

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ The presumption arises. |
| ☐ The presumption does not arise. |
| ☐ The presumption is temporarily inapplicable. |

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
| --- | --- |
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☐  **Declaration of Disabled Veteran.**  By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☑  **Declaration of non-consumer debts.**  By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period").  If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII.  **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐  **Declaration of Reservists and National Guard Members.**   By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or National Guard<br><br>    a. ☐  I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐  I remain on active duty /or/<br>        ☐  I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐  I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐  I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/08)

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | Column A | Column B |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.<br>**Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br><br>Debtor's<br>Income | Column B<br><br>Spouse's<br>Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | |
| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |

| | | | |
|---|---|---|---|
| a. | Gross receipts | | |
| b. | Ordinary and necessary business expenses | | |
| c. | Business income | Subtract Line b from Line a | |

| | | Column A | Column B |
|---|---|---|---|
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |

| | | | |
|---|---|---|---|
| a. | Gross receipts | | |
| b. | Ordinary and necessary operating expenses | | |
| c. | Rent and other real property income | Subtract Line b from Line a | |

| | | Column A | Column B |
|---|---|---|---|
| 6 | **Interest, dividends, and royalties.** | | |
| 7 | **Pension and retirement income.** | | |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | | |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |

| | | | |
|---|---|---|---|
| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor | Spouse | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

B22A (Official Form 22A) (Chapter 7) (12/08)

| | | |
|---|---|---|
| 10 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page.  **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.**  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | |
| | a. | |
| | b. | |
| | Total and enter on Line 10 | |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**  Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | |
| 12 | **Total Current Monthly Income for § 707(b)(7).**  If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | |
| 14 | **Applicable median family income.**  Enter the median family income for the applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | |
| 15 | **Application of Section 707(b)(7).**  Check the applicable box and proceed as directed.  ☐  **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.  ☐  **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | Enter the amount from Line 12. | |
| 17 | **Marital adjustment.**  If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents.  Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If you did not check box at Line 2.c, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on line 17. | |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

B22A (Official Form 22A) (Chapter 7) (12/08)

| | | |
|---|---|---|
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older.  (The total number of household members must be the same as the number stated in Line 14b.)  Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1.  Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2.  Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**  You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.  <br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.  ☐ 0  ☐ 1  ☐ 2 or more.  <br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| | | | |
|---|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)  ☐ 1  ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.**  Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | |
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 34. | |

B22A (Official Form 22A) (Chapter 7) (12/08)

| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
|----|----|----|
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
<tr>
<td rowspan="2">34</td>
<td colspan="2"><b>Health Insurance, Disability Insurance, and Health Savings Account Expenses.</b>  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.</td>
</tr>
<tr>
<td>
<table>
<tr><td>a.</td><td>Health Insurance</td><td></td></tr>
<tr><td>b.</td><td>Disability Insurance</td><td></td></tr>
<tr><td>c.</td><td>Health Savings Account</td><td></td></tr>
</table>
Total and enter on Line 34<br><br>
IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:<br>
_____
</td>
<td></td>
</tr>
<tr>
<td>35</td>
<td colspan="2"><b>Continued contributions to the care of household or family members.</b>  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.</td>
<td></td>
</tr>
<tr>
<td>36</td>
<td colspan="2"><b>Protection against family violence.</b> Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law.  The nature of these expenses is required to be kept confidential by the court.</td>
<td></td>
</tr>
<tr>
<td>37</td>
<td colspan="2"><b>Home energy costs.</b>  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY.</td>
<td></td>
</tr>
<tr>
<td>38</td>
<td colspan="2"><b>Education expenses for dependent children less than 18.</b> Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS.</td>
<td></td>
</tr>
<tr>
<td>39</td>
<td colspan="2"><b>Additional food and clothing expense.</b>  Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY.</td>
<td></td>
</tr>
<tr>
<td>40</td>
<td colspan="2"><b>Continued charitable contributions.</b>  Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2).</td>
<td></td>
</tr>
<tr>
<td>41</td>
<td colspan="2"><b>Total Additional Expense Deductions under § 707(b).</b> Enter the total of Lines 34 through 40.</td>
<td></td>
</tr>
</table>

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c. | |

| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total: Add Lines a, b and c |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | | |
|---|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | a. | Projected average monthly chapter 13 plan payment. | |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | % |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | |

# Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
| 53 | **Enter the amount of your total non-priority unsecured debt** | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |

Date: __**04/27/2009**__       Signature: __**/s/ Bette Babette Hapenney**__
(Debtor)

Date: _____       Signature: _____
(Joint Debtor, if any)

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008