IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-60483 |
| | § | |
| BETTE BABETTE HAPENNEY | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### CERTIFICATE OF SERVICE FOR CHAPTER 7 FILING

I hereby certify that on this 28th day of April 2009, a true and correct copy of the following documents were emailed to James Studensky, the Chapter 7 Trustee appointed in this case, at the address listed below.

James E. Studensky
Chapter 7 Trustee
3912 W. Waco Drive
Waco, Texas 76710
jstudensky@epitrustee.com

1. Copy of the Debtor's statement for each financial account (excluding copies of checks and deposit slips) on all checking savings, money market, certificate of deposit, stock account, mutual funds, etc.) at any financial institutions for the month showing balances and/or activity as of the date of the filing of the case. Ms. Hapenney has had her access to her checking account blocked by USAA because she owes that bank money so these documents are not available.

2. Copy of the Debtor's federal income tax return filed for the past year, with all attached schedules and any amendments, as well as any W-2's and 1099's used in the

to Trustee.

3. Copy of the Debtor's pay advices or other evidence of payment received from any employer of the debtor for sixty days preceding the filing of this case - Debtor is self-employed and has no pay advices for the last sixty days.

Respectfully submitted,

Erin B. Shank
Texas State Bar Number 01572900
Samantha Kehl
Texas State Bar Number 24062821
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
PHONE (254) 296-1161
FAX (254) 296-1165

ATTORNEY FOR DEBTOR